IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Edward Pratt, | ) | No. 2:13-CV-01244-SRB |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| AH Hospice Foundation, Inc., | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation under Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing herefor,

IT IS HEREBY ORDERED that this action be dismissed in its entirety, with prejudice and on the merits, and without awarding attorneys' fees, costs, or disbursements to any party.

Dated this 12th day of June, 2014.

_____
Susan R. Bolton
United States District Judge